UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE SUBJECT PARCEL | Case No. 3:25-mj-00698-SDV <br><br> **Filed Under Seal** <br><br> July 29, 2025 |

### AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Daniel J. Lowndes, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been so employed since 2021. Upon successful completion of the 16-week DEA Basic Agent Academy in Quantico, I was assigned to the Bridgeport High Intensity Drug Trafficking Area Task Force ("Task Force"), which is comprised of personnel from the DEA, Connecticut State Police, Norwalk Police Department, Stamford Police Department, Stratford Police Department, and the Danbury Police Department. Prior to joining the DEA, I was a police officer in the City of Burlington, in the State of Vermont for approximately three years.

2. During the course of my career, I have participated in numerous criminal investigations, including investigations into suspected narcotics trafficking, firearms trafficking, human trafficking, violent criminal activity, and money laundering. My participation in these investigations has included coordinating controlled purchases of narcotics utilizing confidential informants and cooperating witnesses; coordinating the execution of search and arrest warrants; conducting electronic and physical surveillance; use of judicially authorized tracking devices placed on target vehicles; analyzing records related to narcotics trafficking; and testifying in Grand Jury and District Court proceedings. I have led investigations into organized criminal enterprises

to include violent street gangs and complex narcotics trafficking organizations. I have participated in numerous Title III wiretap investigations, and on numerous occasions I have served as the affiant on successful applications seeking court-authorization to intercept wire and electronic communications under Title 18, United States Code, Sections §§ 2510, et seq.

3.  I am an investigative or law enforcement officer of the United States within the meaning of Title 18 of the United States Code in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated therein. I am an agent on the investigation which is the subject of this affidavit and have personally participated in the investigation concerning violations of the federal laws listed herein.

4.  I have debriefed cooperating sources and drug distributors, as well as other local state and federal law enforcement officers, regarding the manner and means employed by narcotics traffickers, including the manner in which narcotics traffickers obtain, store, manufacture, transport and package and distribute their illegal drugs, finance their distribution operations, and conceal and launder the corresponding drug proceeds.

5.  Based upon my experience and training, I am familiar with the manner and means commonly employed by narcotics traffickers, including the manner and means by which narcotics traffickers communicate, as well as the devices commonly utilized by them, and those methods employed by narcotics traffickers in an effort to avoid detection by law enforcement

6.  I know the relative wholesale and retail value of various types of controlled substances including fentanyl.

7.  I am also familiar with the terminology and slang commonly employed by drug traffickers.

## DESCRIPTION OF THE SUBJECT PARCEL

8.  Based on the information contained in this affidavit, there is probable cause to believe, and I do believe that UPS parcel displaying UPS Tracking Number 1ZW68Y491200839424, addressed to "Anthony SOTO, 28 Clinton Avenue, 2nd Floor, Bridgeport, CT", ("the SUBJECT PARCEL") and bearing a return address of "Oscar ROBLES, The UPS Store #5391 STE 2, 5211 E Washington BLVD, Commerce, CA, 90040," contains evidence of the unlawful possession of controlled substances and/or proceeds derived from the distribution of controlled substances. It should be noted phone number 714-223-0143 is displayed under ROBLES's name on the return address and does not show any records in any open source databases.

9.  On or about July 24, 2025, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 11 pounds. The delivery label on the SUBJECT PARCEL is the following:



10.  A review of database records indicates that the delivery address on the SUBJECT PARCEL, 28 Clinton Avenue, 2nd Floor, Bridgeport, CT is an actual address. A check of the law enforcement database CLEAR, which has proven reliable in previous investigations, returned a positive result of the recipient, "Anthony SOTO" at the delivery address. SOTO does not have any criminal history.

11.  On July 25, 2025, the SUBJECT PARCEL was examined by a trained narcotics detection dog, Canine (K9) Vader. The SUBJECT PARCEL was placed among other boxes similar in shape and size. Upon examination of the parcels, the K9 handler informed me that the K9 alerted to the SUBJECT PARCEL. The handler left the area with the K9. The parcels, including the SUBJECT PARCEL, were rearranged in different positions on the floor. The handler and K9 were called in again. The K9 handler informed me that the K9 alerted to the SUBJECT PARCEL once again. DEA Agents then seized the SUBJECT PARCEL and transported it the Bridgeport Resident Office and secured the SUBJECT PARCEL in the temporary drug vault for safekeeping. The SUBJECT PARCEL was individually placed among two other similar sized parcels.

12.  K9 Vader is a two-year-old, dual-purpose patrol K9 assigned to K9 Police Officer Joseph Maverly of the Stratford Police Department. Patrol K9's are trained and certified in obedience, tracking, evidence recovery, area searches, building searches, and suspect apprehension. The K9 Team was most recently certified as of November 4, 2024 by a NAPWDA master trainer and is in good standing with the organization. K9 Vader is also certified for narcotics detection by a NAPWDA master trainer as of November 29, 2024. The K9 Team graduated from the Capital Region K9 Academy in November of 2023.

13. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846.

14. Because this warrant seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of the DEA Bridgeport Resident Office, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there is reasonable cause for the Court to authorize execution of the warrant at any time day or night

## CONCLUSION

WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Respectfully submitted,

DANIEL LOWNDES
Digitally signed by DANIEL LOWNDES
Date: 2025.07.29 08:47:41 -04'00'

DANIEL J. LOWNDES
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before me by telephone on this 29th day of July, 2025 at Bridgeport, Connecticut.

_____
THE HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

The SUBJECT PARCEL displays UPS Tracking Number 1ZW68Y491200839424, addressed to "Anthony SOTO, 28 Clinton Avenue, 2nd Floor, Bridgeport, CT", ("the SUBJECT PARCEL") and a return address of "Oscar ROBLES, The UPS Store #5391 STE 2, 5211 E Washington BLVD, Commerce, CA, 90040". The SUBJECT PARCEL weighs approximately 11 pounds. An image of the SUBJECT PARCEL appears below.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846, including United States currency and narcotics.